FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA** 10  PM 4: 38
**BRUNSWICK DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO.  OF GA. |
| | ) |
| v. | ) 18 U.S.C. § 13 |
| | ) Assimilative Crimes |
| BRUCE FERGUSON | ) |
| | ) O.C.G.A. § 16-6-8 |
| | ) Public Indecency |

CR218 - 035

THE UNITED STATES ATTORNEY CHARGES THAT:

<u>COUNT ONE</u>
*Assimilative Crimes (Public Indecency)*
18 U.S.C. § 13, O.C.G.A. § 16-6-8

On or about June 6, 2018, in Wayne County, within the Southern District of Georgia, the defendant,

**BRUCE FERGUSON**,

at the Federal Correctional Institution Jesup, which is located on land acquired for the use of the United States and under the concurrent jurisdiction thereof, did commit the offense of public indecency by lewdly exposing his sexual organs in a public place.

All in violation of Title 18, United States Code, Section 13 and Official Code of Georgia Annotated Section 16-6-8.

Bobby L. Christine
United States Attorney

Brian T. Rafferty
Assistant United States Attorney
Chief, Criminal Division

Marcela C. Mateo
Assistant United States Attorney
*Lead Counsel