IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 218-035 |
| | ) | |
| BRUCE FERGUSON | ) | |

### ORDER

This matter is before the Court on the Government's emergency motion to vacate Ferguson's conviction and to order his immediate release from confinement. Upon consideration of all facts and circumstances, the Court finds that the motion is due to be granted. It is therefore ordered that the motion is granted, Ferguson's conviction is vacated, and the Bureau of Prisons is ordered to release Ferguson from federal custody.

SO ORDERED this 19 day of November, 2021.

HON. LISA GODBEY WOOD
JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA